# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONDR, INC., a Delaware corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>WIN ELEMENTS LLC, a California limited liability company; JOHN NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>    Defendants/Counterclaimants. | Case No.: 5:21-cv-02105-WLH (KKx)<br><br>**FINAL JUDGMENT OF VALIDITY OF U.S. PATENT NO. 9,819,788 [96]** |

The Parties, having considered the facts and applicable law and having agreed to the entry of this Final Judgment of Validity of U.S. Patent No. 9,819,788, and the Parties having stipulated that there is no just reason for not resolving this litigation, the Court makes the following findings and conclusions:

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 54(b), that U.S. Patent No. 9,819,788 has not been proved invalid, and is therefore adjudged to be valid.  Final Judgment is granted to Plaintiff, Yondr, Inc., with respect to Defendants' Counterclaim Count Two (Declaratory Judgment of

Invalidity of U.S. Patent No. 9,819,788), without costs or attorneys' fees to either Party, and without a finding that this litigation has been an exceptional case under 35 U.S.C. § 285.  The Court also DISMISSES with prejudice any remaining claims per the parties' joint stipulation.  *See* Docket No. 96 at 2 ("The parties further stipulate that the remaining claims in this matter may be dismissed with prejudice…").

**IT IS SO ORDERED.**

Dated:  July 21, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE